UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRYL DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1497** |
| **ROBERT TANNER, CCE, WARDEN, IVY MORRIS, ARDC SUPERVISOR, RCC** | **SECTION "A" (4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Darryl Davis's petition for issuance of a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state required remedies.

New Orleans, Louisiana, this 20th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE